UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION (BOSTON)

| | |
|---|---|
| JAMES M. QUIGLEY,<br><br>   Plaintiff,<br><br>v.<br><br>GRAHAM WASTE SERVICES, INC., and THOMAS FERRO, in his official capacity as President of GRAHAM WASTE SERVICES, INC.,<br><br>   Defendants. | CASE NO. |

### GRAHAM WASTE SERVICES, INC.'s
### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Graham Waste Services, Inc. (hereinafter "Graham Waste Servies"), by and through its undersigned counsel, hereby files its Notice of Removal of this civil action from the Commonwealth of Massachusetts Superior Court in and for Plymouth County, Civil Docket No. 2183CV00926, to the United States District Court for the District of Massachusetts, Eastern Division (Boston), and shows unto this Honorable Court as follows:

  1. On November 22, 2021, Plaintiff James M. Quigley (hereinafter "Plaintiff") filed his Complaint and Jury Demand (hereinafter "Complaint") in the Commonwealth of Massachusetts Superior Court in and for Plymouth County, in the civil action styled James M. Quigley v. Graham Waste Services, Inc. and Thomas Ferro, Civil Action No. 2183CV00926 (hereinafter "State Court Action"). A true and correct copy of all process and pleadings is attached hereto as **Exhibit A**, and incorporated herein by this reference as if though fully set

1

forth. Based on information and belief, only Graham Waste Services, Inc. has been served. Accordingly, all served defendants have consented to this removal.

2. In his Complaint, the Plaintiff asserts the following claims against Graham Waste Services, Inc. alleging violations of the Americans with Disabilities Act, 42 U.S.C. §§ 12112, the Age Discrimination in Employment Act, 29 U.S.C. §§ 621, and the Fair Labor Standards Act, 29 U.S.C. §§ 201. Graham Waste Services, Inc. denies any liability under any theory or cause of action cited in the Complaint. Graham Waste Services, Inc. has not yet answered or filed a Rule 12 motion for the Complaint.

3. The District Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.  Pursuant to 28 U.S.C. § 1441(a), the Defendant is entitled to remove this action to this District Court.

4. Service of the Complaint was made on Graham Waste Services, Inc. on January 3, 2022. No service has been made or returned on the individual Defendant, Thomas Ferro, that Defendant Graham Waste Services, Inc. is aware. Therefore, this Notice of Removal is being timely filed within thirty (30) days after receipt of the Complaint, as required by 28 U.S.C. § 1446(b).  The attached exhibits comprise all of the pleadings or orders that have been served upon or otherwise received by the Defendant.  To the best knowledge of the Defendant, no other parties have been named as defendants in the Complaint and no further proceedings have been held as of the date of this removal.

5. A copy of this Notice of Removal will be filed with the clerk of the Trial Court of the Commonwealth of Massachusetts, Plymouth County Superior Court, and served upon the Plaintiff, as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Graham Waste Services, Inc., desiring to remove this case to the United States District Court of Massachusetts, Eastern Division (Boston), it being the district and division for the county in which the State Court Action is pending, prays that the filing of this Notice of Removal shall effect the removal to this Court.

> Respectfully Submitted,
> Graham Waste Services, Inc.,
> By its attorneys,
>
> /s/ Kathryn M. Murphy
> Kathryn M. Murphy, BBO# 564789
> kmurphy@mhtl.com
> Sarah C. Spatafore, BBO# 685836
> sspatafore@mhtl.com
> Murphy, Hesse, Toomey & Lehane, LLP
> 300 Crown Colony Drive, Suite 410
> Quincy, MA  02169
> Telephone: (617) 479-5000
> Facsimile: (617) 479-6469

Dated: February 2, 2022

## CERTIFICATE OF SERVICE

I Kathryn M. Murphy, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered parties on February 2, 2022.

**Plaintiff's Counsel**
Emily Smith-Lee
esmithlee@slnlaw.com
Slnlaw, LLC
46 South Main Street
Sharon, MA 02067

> /s/ Kathryn M. Murphy
> Kathryn M. Murpny

1285980